AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

_____ SOUTHERN _____    DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JUAN VERGARA

**TO:** **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

00-6360-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ____ JUAN VERGARA _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ____ 371; 659 and 2 _____

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_____              12/19/00, Fort Lauderdale, Florida
Signature of Issuing Officer                    Date and Location

Bail fixed at $100,000 CSB                      by BARRY S. SELTZER, U.S. Magistrate Judge
                                                Name of Judicial Officer

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER ||
| DATE OF ARREST | | ||