In the United States District Court

for the __Southern__ District of __Florida__

United States of America

v.

__Juan Vergara__
t/n Ramon Correa

Criminal No.
00-6360
, CR - DIMITROULEAS

FILED BY _____
2006 APR -7 PM 2:08

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Juan Vergara, t/n Ramon Correa__, defendant, have been informed that a __indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __3/13/2006__ at __Hochevn's Place__

(Defendant)

(Counsel for Defendant)

Certified to be a true and correct copy of the document on file
Clare_____ ____ Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 4-7-06
Deputy Clerk

Approved

P. Alexander Acosta (by AUSA ~~Donald~~ )
United States Attorney for the
__Southern__ District of
__Florida__

Michael J. Garcia (by AUSA Joshua A. Goldberg)
United States Attorney for the
__Southern__ District of
__New York__