UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-Dimitrouleas

**United States of America,**

    Plaintiff(s),

v.

**Juan Vergara,**

    Defendant(s),



FILED by _____ D.C.

Apr 10, 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on **March 13, 2006**, the above-styled case is hereby transferred to the **Southern District of New York**. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is [ X ] **a combined paper and electronic file** or [ ] **an electronic file** and the imaged documents can be accessed at the following web address:

**PACER.FLSD.USCOURTS.GOV**

DONE at the Federal Courthouse Square, Fort Lauderdale, Florida, this 10 day of April 2006.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____
Sheila Gonzalez
Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
299 E Broward Blvd. Suite 108
Fort Lauderdale, FL 33301

**Received By:** J. Molinelli
**New Case No.** 06CRIM. 351

